IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

DAVID C. EGGLETON

    **Plaintiff**

v.                        CIVIL ACTION NO. 2:05cv326

**PLASSER & THEURER EXPORT VON BAHNBAUMASCHINEN GESELLSCHAFT, MBH**

and

**FRANZ PLASSER BAHNBAUMASCHINEN INDUSTRIEGESELLSCHAFT, MBH**

    **Defendants**

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
DEC - 6 2005
OFFICE OF THE CLERK

## ORDER

This matter is before the Court on the Plaintiff's Motion for Sealing Record and Brief in Support Thereof, in the above styled case, requesting that the Court order the original pleading and attached exhibits, Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction Pursuant to F.R.C.P. 12(b)(2), which was submitted to this Court for filing on November 2, 2005, be filed under seal.

Having considered the Motion for Sealing Record and Brief in Support Thereof filed by the plaintiff, and having considered less drastic alternatives to sealing, the Court finds that the original pleading and attached exhibits, Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction Pursuant to F.R.C.P. 12(b)(2), which was submitted to this Court for filing on

November 2, 2005, contains and references certain items or matters which are confidential and are materials which were generated through discovery in the matter of Eggleton v. Plasser & Theuer, et al., Civil Action No. 2:05cv326, for which a Protective Order is expected to be entered imminently. Therefore, the Court finds that these matters should not be disclosed and it is appropriate and a fair balance of competing interests that the original pleading and attached exhibits, Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction Pursuant to F.R.C.P. 12(b)(2), which was submitted to this Court for filing on November 2, 2005, be sealed.

The Court further finds that the public has been provided notice of the request to seal and interested parties have been provided a reasonable opportunity to object.

Therefore, it is ORDERED that the Motion for Sealing Record is granted and that the original pleading and attached exhibits, Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motions to Dismiss for Lack of Personal Jurisdiction Pursuant to F.R.C.P. 12(b)(2), which was submitted to this Court for filing on November 2, 2005 in the above styled matter, be SEALED until further Order of this Court.

The Clerk is directed to send a copy of this Order to all counsel of record.

_/s/ Henry Coke Morgan_
United States District Judge

Norfolk, Virginia
Entered: November 10, 2005

copies mailed 11/10/05

WE ASK FOR THIS:

*[signature]*

John W. Drescher, Esquire (VSB No. 13656)
Michael F. Imprevento, Esquire (VSB No. 23926)
Breit, Drescher & Imprevento, P.C.
1000 Dominion Tower
999 Waterside Drive
Norfolk, Virginia 23510
(757) 670-3838 Office
(757) 670-3939 Facsimile
*Counsel for Plaintiff*

*[signature]*

Sam Webster, Esquire (VSB No. 17021)
Willcox & Savage
1800 NationsBank Center
Norfolk, VA 23510
*Counsel for Defendants*

*[signature]*

David Kelleher, Esquire (VSB No. 26418)
Thelen, Reid & Priest
701 Eighth Street, N.W.
Suite 800
Washington, DC 20001
*Counsel for Defendants*