## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID C. EGGLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV532 |
| vs. ) | |
| ) | ORDER |
| PLASSER & THEURER EXPORT ) | |
| VON  BAHNBAUMASCHINEN ) | |
| GESELLSCHAFT, MBH, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the motion to withdraw filed by William E. Rachels, Samuel J. Webster and the law firm of Willcox & Savage, P.C. (#47).  The record shows that the defendants continue to be represented by counsel.  Accordingly,

**IT IS ORDERED:**

1.   The motion (#47) is granted, and William E. Rachels, Samuel J. Webster and the law firm of Willcox & Savage, P.C. may withdraw as counsel for the defendants.

2.   Attorneys William E. Rachels and Samuel J. Webster are hereby excused from registering for the court's CM/ECF System for purposes of this case.

**DATED December 29, 2005.**

                                BY THE COURT:

                                S/ F.A. Gossett
                                **United States Magistrate Judge**