# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAVID C. EGGLETON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV532** |
| vs. ) | |
| ) | **ORDER** |
| **PLASSER & THEURER EXPORT** ) | |
| **VON BAHNBAUMASCHINEN** ) | |
| **GESELLSCHAFT, MBH, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

    This matter is before the court on defendants' Motion to Seal Document (Filing 42). The document in question (Filing 30) was provisionally filed under seal when the case was transferred to this district. Having received no objection,

    **IT IS ORDERED** that defendants' Motion to Seal Document (Filing 42) is granted, and Filing No. 30 shall remain sealed.

    **DATED December 29, 2005.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**